UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:20-cv-01700-JLS-ADS                                                              Date: March 03, 2021
Title: St. Jude Hospital Center, Inc. v. Orora Visual LLC

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Melissa Kunig                                                                         N/A
   Deputy Clerk                                                                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

      Not Present                                                                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TAKING MOTION TO REMAND UNDER SUBMISSION (Doc. 12)**

     Before the Court is Plaintiff's Motion to Remand, currently set for hearing on March 5, 2021, at 10:30 a.m.  (Mot., Doc. 12.)  The Court finds this matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.  Accordingly, the hearing set for March 5, 2021, at 10:30 a.m., is VACATED, and the Court takes the matter UNDER SUBMISSION.

                                                                                  Initials of Deputy Clerk: mku